LEOPOLD ZIMMERMANN, as Surviving Partner of the Firm of ZIMMERMANN & FORSHAY, Appellant, *v.* ELIAS HEIL, Respondent.

*Zimmermann* v. *Heil*, 86 Hun, 114, affirmed.
(Argued June 21, 1898; decided October 4, 1898.)

APPEAL from an order and judgment of the late General Term of the Supreme Court in the first judicial department, entered April 11 and 23, 1895, respectively, affirming a judgment in favor of defendant entered upon a verdict, and an order denying a motion for a new trial.

*Edward B. Hill* for appellant.

*Henry L. Scheuerman* and *Herbert R. Limburger* for respondent.

Order and judgment affirmed, with costs, on opinion below. All concur, except O'BRIEN, J., absent.